JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax:(949) 722-8416

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>  vs.<br><br>KENNETH B. DARE,<br><br>            Defendant | No. CV A 12-6031<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Kenneth B. Dare, in the principal amount of $2,746.23 plus interest accrued to July 11, 2012, in the sum of $4,409.08; with interest accruing thereafter at 8% annually until entry of judgment, for a total amount of **$7,155.31**.

DATED: 8/16/2012     By: TERRY NAFISI
                          Clerk of the Court
                          L. RAYFORD
                          Deputy Clerk
                          United States District Court